IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA SUE FRITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>    Defendant. | 4:13CV3186<br><br>ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF |

  The defendant, by and through her counsel, has filed Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 13. The defendant requests an extension of 31 days in which to respond to the plaintiff's brief and states that the plaintiff's counsel has been contacted and has expressed no objection to the extension.

  IT THEREFORE IS ORDERED that:

  1. the Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 13, is granted;

  2. the defendant shall have on or before May 27, 2014, in which to file and serve her response to the plaintiff's brief;

  3. within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief ; and

  4. the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

  Dated April 23, 2014.

        BY THE COURT

        *Warren K. Urbom* (signature)

        Warren K. Urbom
        United States Senior District Judge